IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| LIBERIAN BANK FOR DEVELOPMENT AND INVESTMENT, § § § § § | |
| Plaintiff § | |
| VS. § | CIVIL ACTION NO. 4:06-cv-02581 |
| STERLING BANK, STERLING BANCSHARES, INC., BANK OF AMERICA CORPORATION AND DR. KILARI ANAND PAUL, a/k/a ANAND KILARI PAUL, ET AL., § § § § § § § § | |
| Defendants § | |

\* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| STERLING BANK, STERLING BANCSHARES, INC., BANK OF AMERICA, N.A. § § § § § | |
| Cross-Plaintiffs § | |
| VS. § | CIVIL ACTION NO. 4:06-cv-02581 |
| GOSPEL TO THE UNREACHED MILLIONS § § § § | |
| Cross-Defendants § | |

## AGREED ORDER TO DISMISS CROSS-CLAIM WITH PREJUDICE

Cross-Plaintiffs Sterling Bank, Sterling Bancshares, Inc. and Cross-Defendant Gospel to the Unreached Millions have announced to the Court that all matters in controversy between them have been resolved. A Consent Agreement has been signed and filed with the Court.

DAL:703560.1

DISMISSAL OF CROSS-CLAIMS

Having considered the Consent Agreement with the attached Settlement Agreement, the Court makes and delivers the following ruling.

**IT IS THEREFORE, ORDERED** that the claims and causes of action asserted herein by the Parties are in all respects dismissed with prejudice to the refiling of same, with court costs to be paid by the party incurring the same.

_____
UNITED STATES DISTRICT JUDGE

**AGREED** this ___24th___ day of ___April___, 2008.

DAL:703560.1